**In re Transfer to Disability Inactive Status of Richard Scott VINITSKY, an Attorney at Law of the State of Minnesota.**

No. C1–96–2600.

Supreme Court of Minnesota.

Jan. 23, 1997.

*ORDER*

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed with this court a stipulation between the Director and respondent Richard Scott Vinitsky recommending that respondent be transferred to disability inactive status without further proceedings; and

WHEREAS, the court accepts the parties' stipulation,

IT IS HEREBY ORDERED that effective on the date of this order, respondent Richard Scott Vinitsky be, and the same is, transferred to disability inactive status without further proceedings. The court imposes the conditions contained in that stipulation in their entirety, including that the reinstatement hearing provided for in Rules 18 and 28(d), Rules on Lawyers Professional Responsibility is not waived.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice

**In re Petition for DISCIPLINARY ACTION AGAINST Douglas E. ROFF, an Attorney at Law of the State of Minnesota.**

No. C4–96–2090.

Supreme Court of Minnesota.

Jan. 23, 1997.

*ORDER*

Based upon the application of the Director of the Office of Lawyers Professional Responsibility, pursuant to Rule 12(c)(1), Rules on Lawyers Professional Responsibility, and upon evidence that respondent, Douglas E. Roff, cannot be found in the state or served personally with the petition for disciplinary action,

IT IS HEREBY ORDERED that respondent is suspended from the practice of law. Respondent has 1 year from the date of this order to move for vacation of the order for suspension and for leave to answer the disciplinary petition.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice